**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x
MICHAEL LACONDI,
           Plaintiff,

                                    NOTICE OF DISMISSAL

   v.

LAW OFFICES OF COHEN &
SLAMOWITZ, LLP
AND
MIDLAND CREDIT MANAGEMENT,
           Defendant.                CIVIL ACTION NO: 07-2600
-------------------------------------------------x


Upon settlement between Plaintiff and MIDLAND CREDIT MANAGEMENT, Plaintiff, MICHAEL LACONDI, by counsel, The Law Office of Shmuel Klein, PC, hereby voluntarily dismisses this action against Defendant MIDLAND CREDIT MANAGEMENT only, pursuant to Federal Rules Of Civil Procedure.

DATED: September 3, 2007
Spring Valley, NY                      _____/s/_____
                                               Shmuel Klein (SK 7212)
                                               Law Office of Shmuel Klein, PC
                                               Attorneys for Plaintiff
                                               268 Rt59
                                               Spring Valley, NY  10977
                                               (845) 425-2510