EXHIBIT "G"

# Law Offices of Michael G. Mc Auliffe, Esq.
48 South Service Road, Suite 102
Melville, New York 11747
Telephone (631) 465-0044
Facsimile (631) 465-0045

August 10, 2007

Shmuel Klein, Esq.
268 West Route 59
Spring Valley, NY 10977

Re: **LaCondi v. Cohen and Slamowitz**
**Index No: 07-2600**

Dear Mr. Klein:

As you know, this office is counsel to Cohen & Slamowitz, LLP ("C&S"), one of the Defendants in the above matter. In this regard, I am writing this letter to provide notice that C&S maintains that the instant action has been commenced in bad faith, and for purposes of harassment. Accordingly, my client has instructed me to advise that it intends to seek damages on it's counterclaim pursuant to 15 U.S.C. §1692k(a)(3).

Additionally, this letter shall further serve as notice that my client intends to interpose a motion, pursuant to Rule 11 of the Federal Rules of Civil Procedure, seeking an award of sanctions based upon the commencement and continued maintenance of this action against C&S. As you know, Rule 11 requires that attorneys certify that to the best of that person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances - (1) that the document is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; (2) the claims and other legal contentions are warranted by either existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law; and (3) the allegations and other factual contentions have evidentiary support.

You are specifically directed to the fact that the complaint provides that the only action alleged against C&S is that on or about January 5, 2007 it sent an Initial Contact/Validation Notice to Plaintiff. In fact, applicable law requires the mailing of said document, and therefore, C&S has done nothing improper. Moreover, notwithstanding your representations to myself and the Court that this action has been settled with Midland Credit Management, you have failed to provide any documentation confirming your statement. You may be guided accordingly.

Very truly yours,

Michael G. Mc Auliffe

MGM/cn
cc: Cohen & Slamowitz, LLP