# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Michael LaCondi

                    **Plaintiffs,**

                                                        **07 Civ 02600 (SCR)**

            -against-                                    **JUDGMENT**

**Law Offices of Cohen & Slamowitz, LLP et. al.**

                    **Defendant.**

------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Stephen C.

Robinson, U.S.D.J., and the Court thereafter on January 13, 2010, having handed down a Civil

Memorandum to Docket Clerk, , being that no parties has responded to the order entered on

12/2/09 (Doc. #25), ordered the Clerk of the Court to close this case, it is,


       **ORDERED, ADJUDGED AND DECREED:** that the case be and it hereby is

closed.


**DATED: White Plains, N.Y.**
       **January 21, 2010**


                              **J. Michael McMahon**
                              **Clerk Of Court**

i:/judgment.lacondi.600